UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF HAWAII

| | | |
|---|---|---|
| Larry G. Philpot | § | |
| Plaintiff | § § § | |
| VS. | § | Case # 18-00057-DKW-RLP |
| World Public Library Association | § § § | |
| Defendant | § § § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ACQUIRE NEW COUNSEL

1. Larry G. Philpot ("Philpot"), Pro Se, submits this General Request for an extension of time to find new counsel. My former counsel has withdrawn. According to an email received on Friday night from my current attorney, I apparently have a response due on Monday. (We have a six hour time difference, as I live over 2,480 miles away from this honorable Court.

2. Today is Saturday, and I write this Motion, and will try to get it to the Court by its due date, via overnight mail. Post offices close in two hours.

3. Plaintiff requests 30 days. Plaintiff is under the pressure of time not to default, but has no idea what at F&R hearing is.

4. The Defendant will not be inconvenience as there seems to be no Case Management Plan, nor has there been a Rule 26 conference.

Defendant Philpot respectfully prays that this honorable Court grant his request for a time enlargement to obtain new counsel.

Dated this _ 7th _ day of July, 2018.

Respectfully submitted,

Larry G. Philpot
8125 Halyard Way
Indianapolis, IN 46236
317-567-1338
Email: Larry@behindthemusic.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, a copy of the foregoing Complaint was mailed to the Court for filing, and a copy of same was sent by electronic mail to:

Reza I. Gharakhani" <gharakhani@rostow.com>
ROSTOW & AUSTER LLP
Suite 3850
2049 Century Park East
Los Angeles, California 90067

Larry G. Philpot, Pro Se
8125 Halyard Way
Indianapolis, IN 46236
Larry@behindthemusic.net
317-567-1338