► Pull To Open

**EXTREMELY URGENT** Please Rush To Addressee

Schedule package pickup right from your home or office at usps.com/pick

Print postage online - Go to usps

PLEASE PRESS FIRMLY



U.S. POSTAGE PAID
INDIANAPOLIS, IN
46236
JUL 07, 18
AMOUNT
$24.70
R2305M143651-18

1007   96850

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Flat Rate Mailing Envelope**
For Domestic and International Use



When used internationally affix customs declarations (PS Form 2976, or 2976A).

EE 192 203 897 US

UNITED STATES POSTAL SERVICE® **PRIORITY MAIL EXPRESS™**



RECEIVED
CLERK ___ COURT
JUL 09 2018
DISTRICT OF HAWAII

3

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 317 567-1538 )

Larry Philpot
8625 Halyard Way
Indianapolis IN 46236

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

U.S. District Court of Hawaii
300 Ala Moana Blvd #C 338
Honolulu, HI

ZIP + 4® (U.S. ADDRESSES ONLY)
9 6 8 5 0

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 46236
Scheduled Delivery Date (MM/DD/YY): 070918
Postage: $ 24.70
Date Accepted (MM/DD/YY): 0701 18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
Insurance Fee: $
COD Fee: $
Time Accepted: ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 24.70
Weight: ☐ Flat Rate   lbs.  ozs.
Acceptance Employee Initials: 106

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) Time   Employee Signature
☐ AM ☐ PM
Delivery Attempt (MM/DD/YY) Time   Employee Signature
☐ AM ☐ PM

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY





USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

Please recycle.

Visit us at usps.com   We Deliver!

Recycled Paper

EP13F

082708_EM_EP13F  OCT 2008