IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LARRY PHILPOT, | CV 18-00057 DKW-RLP |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| WORLD PUBLIC LIBRARY ASSOCIATION, a Domestic Nonprofit Corporation dba WORLD HERITAGE ENCYCLOPEDIA; JOHN GUAGLIARDO, an individual, | |
| Defendant(s). | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 25, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations to Deny Plaintiff's Second Motion to Strike Certain of

///

///

Defendants' Affirmative Defenses" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 13, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Larry Philpot v. World Public Library, et al.; Civil No. 18-00057 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**